UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRYAN JAEGER, *Individually and on Behalf of All Persons Similarly Situated*,

    Plaintiff,

-v-

PETER DE PAOLA and DE PAOLA TRADING, INC.,

    Defendants.

21 Civ. 11079 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

In light of defense counsel's pending motion to withdraw, held in abeyance until July 18, 2022 or until the date of new defense counsel's appearance, whichever is earlier, the Court hereby extends defendants' deadline to answer or otherwise respond to the Complaint until July 25, 2022.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: June 28, 2022
       New York, New York