UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRYAN JAEGER,

                                      Plaintiff,

-v-

PETER DE PAOLA & DE PAOLA TRADING, INC.,

                                     Defendants.

21 Civ. 11079 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      On September 30, 2022, the Court held an initial pre-trial conference for this case. At that conference, the Court directed the parties to submit jointly a revised proposed case management plan by October 3, 2022. The parties have not done so.

      The Court instructs the parties to submit their joint proposed case management plan by October 7, 2022.

      SO ORDERED.

                                                        *Paul A. Engelmayer*
                                                        Paul A. Engelmayer
                                                        United States District Judge

Dated: October 3, 2022
       New York, New York