UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRYAN JAEGER *individually and on behalf of all other persons similarly situated*,<br><br>                      Plaintiff,<br><br>                v.<br><br>PETER DE PAOLA and DE PAOLA TRADING, INC.<br><br>                      Defendants. | 21-CV-11079 (JAV)<br><br>**NOTICE OF REASSIGNMENT** |

JEANNETTE A. VARGAS, United States District Judge:

      This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-jeannette-vargas. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. That includes the Court's Order, dated August 4, 2023 (ECF No. 78), which directs the parties to file a joint status update every 60 days as to the status of the bankruptcy proceedings, and the Court's Order, dated December 17, 2024 (ECF No. 90), which directs the parties to file the next update by February 14, 2025. In accordance with those Orders, the parties are to file the next status letter by **February 14, 2025,** and every 60 days thereafter.

      If this case has been settled or otherwise terminated, counsel are not required to submit such letter or to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the joint letter submission deadline, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19, *available at* http://nysd.uscourts.gov/ecf_filing.php. Requests for extensions or adjournment may be made only by letter-motion filed on ECF, and must be received at least two business days

before the deadline or scheduled appearance, absent compelling circumstances. The written submission must state (1) the original date(s) set for the appearance or deadline(s) and the new date(s) requested; (2) the reason(s) for the request; (3) the number of previous requests for adjournment or extension; (4) whether these previous requests were granted or denied; and (5) whether opposing counsel consents, and, if not, the reasons given by opposing counsel for refusing to consent.

Dated: February 4, 2025
      New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge

2