UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                              :
BRYAN JAEGER, *individually and on behalf of all other*       :
*persons similarly situated*,                                 :
                                                              :
                              Plaintiff,                       :        21-CV-11079 (JAV)
                                                              :
              -v-                                             :        <u>ORDER</u>
                                                              :
PETER DE PAOLA, et al.,                                       :
                                                              :
                              Defendants.                      :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Pursuant to the Court's Order dated August 5, 2023, ECF No. 90, the parties were required to file a joint status update every 60 days as to the status of the bankruptcy proceedings. In accordance with those Orders, the parties were to file the last joint status update on August 15, 2025.  To date, the parties have not filed the joint status letter regarding the bankruptcy proceedings.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **September 22, 2025**.

      SO ORDERED.

Dated: September 15, 2025
      New York, New York

                                          JEANNETTE A. VARGAS
                                         United States District Judge