UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRYAN JAEGER,<br><br>Plaintiff,<br><br>-v-<br><br>PETER DE PAOLA, et al.,<br><br>Defendants. | 21-CV-11079 (JAV)<br><br>ORDER |

JEANNETTE A. VARGAS, United States District Judge:

On August 3, 2023, a Suggestion of Bankruptcy was filed in this case, advising that on July 26, 2023, Defendant Peter De Paola had filed a voluntary petition for relief pursuant to Chapter 11, Title 11 of the United States Bankruptcy Code, in the United States Bankruptcy Court for the Eastern District of New York. See ECF No. 77.

The Court thereafter ordered that, pursuant to Section 362(a) of the Bankruptcy Code, this matter was stayed. *See* ECF No. 78; *see also* 11 U.S.C. § 362(a)(1) (the filing of a Chapter 11 petition "operates as a stay, applicable to all entities, of the commencement or continuation . . . of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title"). The Court ordered that the parties submit status reports every 60 days regarding the progress of the bankruptcy proceedings.

The parties submitted a status report on July 6, 2026, in which they represented that Plaintiff has liquidated his claims against the Debtor's bankruptcy estate, and that the bankruptcy case is still being administered. ECF No. 103. The parties indicated that this case will likely

become moot once the administrative process is complete. *Id.*

To conserve resources and in the interests of judicial economy, the parties shall no longer be required to submit status reports every 60 days. The Court orders the Clerk of Court to administratively close this case subject to the right of either party to reopen within 21 days of the conclusion of bankruptcy proceedings, or the lifting or modification of the automatic stay as applied to this action.

SO ORDERED.

Dated: July 7, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge